

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00147-CR

**DAMIAN PAUL SPENCER HAFLEY,**

                                                   **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                   **Appellee**

---

### From the 20th District Court
### Milam County, Texas
### Trial Court No. CR 24,290

---

## MEMORANDUM  OPINION

---

The Clerk of the Court received a document from Appellant Damian Hafley that the Court is treating as a notice of appeal of his conviction for criminal non-support. Hafley's document complains about this conviction and eighteen-month sentence and indicates a desire to appeal the conviction.

The Clerk has received a copy of Hafley's "judgment adjudicating guilt" from the District Clerk of Milam County.  That judgment reflects an eighteen-month sentence for criminal non-support.

Because this Court lacks jurisdiction of an appeal from a district court in Milam County, which is within the territorial jurisdiction of the Third Court of Appeals, this appeal is dismissed for lack of jurisdiction. *See* TEX. GOV'T. CODE ANN. §§ 22.220(a), 22.201(g, k) (West Supp. 2015).

REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Dismissed
Opinion delivered and filed May 19, 2016
Do not publish
[CR25]

